IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENTOR HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KING.COM LTD.,<br><br>　　　　Defendant. | Case No.  1:14-cv-1070-LPS-CJB<br><br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT KING.COM'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant King.com Ltd. moves to dismiss the Complaint for failure to state a claim upon which relief can be granted.  The grounds for this motion are set forth in Defendant's Opening Brief, submitted herewith.

Dated: November 21, 2014

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Steven L. Caponi
　　　　　　　　　　　　　　　　　　　　　　Steven L. Caponi (DE Bar #3484)
　　　　　　　　　　　　　　　　　　　　　　**Blank Rome LLP**
　　　　　　　　　　　　　　　　　　　　　　12 N. Market Street
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　(302) 425-6400
　　　　　　　　　　　　　　　　　　　　　　caponi@blankrome.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　　　*King.com Ltd.*